**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00912-CV

## IN RE ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04652**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's August 2, 2019 petition for

writ of mandamus.

/s/ KEN MOLBERG
   JUSTICE